IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| EAST TENNESSEE NATURAL GAS CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | NO. 4:02-CV-00145 |
| .60 ACRES IN PATRICK COUNTY, | ) | |
| VIRGINIA, ET. AL., | ) | **AMENDED JUDGMENT ORDER** |
| | ) | |
| Defendants. | ) | |

This action came before the Court for a trial by jury. The issues have been tried in the above-entitled action and the jury has rendered its verdict as follows:

"WE, THE JURY, FIND: Just compensation for the property in the amount of $35,000.00.

s/Gerald Rakes                                                                            September 28, 2005
FOREPERSON'S SIGNATURE

IT IS

**ADJUDGED AND ORDERED**

as follows:

(1) The jury verdict filed on September 28, 2005, shall be, and hereby is approved.

(2) The jury is hereby discharged and said verdict shall be recorded, which is accordingly done.

(3) The Defendants, Earl R. Potter and Joan A. Potter, shall recover the sum of $35,000.00 from the Plaintiff, East Tennessee Natural Gas Co., with interest in the amount of 3.88 percent per annum, until paid.

(4) The Clerk of the Court shall issue a check payable to Joseph Waldo, Esq., 301 West Freemason Street, Norfolk, VA 23510, as attorney for Defendants in the amount of $4,300.00, which represents the total amount previously deposited by Plaintiff in this case. The Clerk of the Court is further ORDERED to disperse the amount with interest and, as indicated in my November 24, 2003 Order, to deduct the registry fee for maintaining the account in the Court Registry Investment System. Plaintiff shall pay Defendants the remaining monies.

(5) The Clerk of the Court is directed to DISMISS this case from the active docket.

ENTER: This 13th day of October, 2005.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE